IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 18-CIV-81025-DMM

GARY G. REARDON and CHARLES
ALDOUS,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant.

_____/

## PLAINTIFFS' REPLY TO AFFIRMATIVE DEFENSES

COME NOW the Plaintiffs, by and through their undersigned attorneys, and reply to the Defendant's Affirmative Defenses as follows:

1. The Plaintiffs deny each and every affirmative defense and demand strict proof thereof.

2. By not giving notice to persons such as the Plaintiff, GARY G. REARDON, who sought medical treatment at V.A. facilities, that the medical providers working there were not federal employees, the Defendant concealed that fact and has waived the right to raise its defense that the medical providers provided to said Plaintiff by the Defendant were not employees of the Defendant, and the Defendant is equitably estopped from raising that as a defense.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed via the Florida Courts E-Filing Portal/ECF and will be served by to: Steven R. Petri, Esq., U.S. Department of Justice, 500 East

Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394 (steve.petri@usdoj.gov) this 23rd day of October, 2018.

                              ROBERTS, P.A.
                              *Attorneys for Plaintiffs*
                              2665 South Bayshore Drive, Suite 300
                              Coconut Grove, FL 33133
                              Telephone: 305-442-1700
                              Fax: 305-442-2559
                              Primary Email: roberts@robertspa.com
                              Secondary Email: gloria@robertspa.com

                              By: /s/ H. Clay Roberts
                                  H. CLAY ROBERTS, ESQ.
                                  Fla. Bar No.: 262307